Ulvar W. Klein
2nd Street Law PLLC
217 N. 2nd Street
Yakima, WA 98901
(509) 575-0372
Attorney for Paula Cantu-Lopez

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA | ) Case No. 1:CR-22-2041-SAB- 2 |
| Plaintiff, | ) DEFENDANTS REVIEW OF PRESENTENCE REPORT AND SENTENCING MEMORANDUM |
| vs. | ) |
| PAULA CANTU-LOPEZ, | ) |
| Defendant(s). | ) |

## MOTION

COMES NOW the defendant, Paula Cantu-Lopez, through her attorney, Ulvar Klein, and hereby submits the following objections to the presentence investigation report and sentencing memorandum.

Paula Cantu Lopez was convicted by a jury. She disagrees with the verdict. The defense continues to argue that insufficient evidence of specific actions of this defendant was ever presented to the jury to convict on these crimes. The court's

pretrial ruling restricting accomplice liability arguments by the government should have effectively precluded the defendant's convictions in this case. As of now the defense motion to dismiss the charges is still under advisement with the court.

As to the presentence investigation report, the defense objects to being labeled Half Caucasian. (page 3 Race). She is Hispanic.

The defense objects to any reference in the presentence report <u>The Offense Conduct</u> portion that was not directly taken from testimony. The defense further objects to any inference, finding or conclusion that sufficient evidence exists to support these convictions.

The defense objects to the conclusion that she has *failed* to accept responsibility. (paragraph 24). The defense submits that Paula Cantu Lopez cannot recall the events in question and that insufficient evidence ever suggested that she was guilty of such serious charges. The defense asserts that expecting her to accept responsibility in the face of these ill-fitting charges without any memory of events is unfair and should not be penalized.

The defense objects to the offense calculation at paragraph 29 that adds 4 points for her infliction of serious bodily injury. The testimony seems clear that Sundrun Miller inflicted that damage by himself. A 2 level increase for bodily injury

instead of serious bodily injury may still apply to her other behavior, but even that is not well supported.

The defense objects to a 4 point increase at paragraph 30 alleging an abduction as part of the crime. According to the government's theory, the crime of carjacking occurred in this case when the victim fled on foot after being assaulted by Sundrun Miller. Prior to that point she had been driven to her own home in her own vehicle. That driving conduct preceded the assault and possible carjacking by Sundrun Miller.

The Defendant's life has been crippled by her addictions which have led to her moderate and essentially non-violent criminal history. Notably, she has never been to prison.

At the time of her arrest in this case she was completely in the thralls of her addiction. She woke up in jail unable to recall what led to her arrest or what she had been doing for the past several weeks. At the jail she was in agony. She withdrew into herself and distanced herself from all family and friends. Early on in this representation defense counsel had to move to withdraw as Paula refused any efforts to get her to come out of her cell or communicate with counsel. She would not even engage in family contact, including possible visitation with her children. Thankfully,



217 N. 2nd Street
Yakima, WA 98901
(509) 575-0372
fax (509) 452-6771

time has brought Paula out of that despair.  She is now hoping for some semblance of good news to help her move forward.

The testimony in this case convinced a jury that some specific action of Paula Cantu Lopez caused serious bodily harm.

The testimony in this case convinced a jury that some specific actions of Paula Cantu Lopez equated to the crime of carjacking.

The testimony in this case convinced a jury that the act of momentarily passing a firearm to Sundron Miller by Paula Cantu Lopez equated to the crime of brandishing a firearm during and in a crime of violence that she committed.

Where the parties were not charged as co-conspirators or properly indicted as accomplices and where this defendant did not commit the serious physical assault alleged these three verdicts seem nonsensical.  Therefore, whatever sentence the court imposes will feel heavy-handed and excessive.

Paula Cantu Lopez still has a desire to be the mother she so far she has failed to be.  Her only goal is to lead a sober life where she can still be involved in the growth and development of her children.  She hopes that it is not too late for her to try.



217 N. 2nd Street
Yakima, WA 98901
(509) 575-0372
fax (509) 452-6771

          /s Ulvar W. Klein
Ulvar W. Klein, WSBA 24334
2nd Street Law, PLLC
217 N. 2nd Street
Yakima, WA 98901
Office (509) 575-0372
Fax: (509) 452-6771
ulvar@secondstreetlaw.com
Attorney for Paula Cantu-Lopez

## CERTIFICATE OF SERVICE

I hereby certify that on October 27, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notifications of such filing to AUSA Christopher J. Bridger and AUSA Michael Murphy

    *s/* Marcie Rivera
Marcie Rivera
Second Street Law PLLC
(509) 575-0372
(509) 452-6771
Marcie@secondstreetlaw.com